```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
IN RE WORLD TRADE CENTER DISASTER LITIGATION          07 CV 9791
In the Matter of the Claim of
ROBERTO RAMOS and MARILYN RAMOS,
                                                      AFFIDAVIT OF SERVICE
                              Petitioners,            OF REQUEST FOR AN ORDER

             - against -

THE CITY OF NEW YORK,

                              Respondent.
------------------------------------------------X
```

STATE OF NEW YORK, COUNTY OF NEW YORK) SS.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age with a business address at 120 Broadway, New York, New York 10271.

That on **November 9, 2007**, at **1:46** P.M., at **100 Church Street, New York, New York 10007**, deponent served the within **REQUEST FOR AN ORDER** on: **THE CITY OF NEW YORK.**

___ Individual — By delivering a true copy of each to said defendant personally. Deponent knew the person so served to be the person described as said defendant therein.

_x_ Corporation — A **MUNICIPAL** corporation, by delivering thereat a true copy of each to **Soroya Bonnit** personally. Deponent knew said corporation so served to be the corporation in said REQUEST FOR AN ORDER on said defendant and knew said individual to be the **process clerk** thereof.

___ Suitable Age Person — By delivering thereat a true copy of each to _____, a person of suitable age and discretion. Said premises is defendant's - actual place of business - dwelling place - usual place of abode within the state.

___ Affixing to Door, etc. — By affixing a true copy of each to the door of said premises, which is defendant's actual place of business - dwelling place - usual place of abode - within the state. Deponent was unable, with due diligence, to find defendant or a person of suitable age and discretion thereafter, having called there _____.

___ Mailing to Residence — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

___ Mailing to Business — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

| | | | | | | |
|---|---|---|---|---|---|---|
| ___ Male | ✓ White Skin | ✓ Black Hair | ___ White Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 Lbs. |
| ✓ Female | ✓ Black Skin | ___ Brown Hair | ___ Balding | ___ 21-35 Yrs. | ___ 5'0"-5'3" | ___ 100-130 Lbs. |
| | ___ Yellow Skin | ___ Blond Hair | ___ Mustache | ✓ 36-50 Yrs. | ✓ 5'4"-5'8" | ✓ 131-160 Lbs. |
| | ___ Brown Skin | ___ Gray Hair | ___ Beard | ___ 51-65 Yrs. | ___ 5'9"-6'0" | ___ 161-200 Lbs. |
| | ___ Red Skin | ___ Red Hair | ___ Glasses | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 Lbs. |

Other Identifying features: _____

SWORN TO BEFORE ME THIS
9th DAY OF October, 2007.

_Dylene Schifando_                          DYLENE SCHIFANDO                  _[signature]_
Notary Public                               Commissioner of Deeds             CHRISTOPHER THOMPSON
                                            No. 5-1402
                                            Certificate Filed in New York County
                                            Commission Expires June 19, 10/1/09