UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re ROBERTO AND MARILYN RAMOS,

              Petitioners,

-against-

THE CITY OF NEW YORK,

              Respondent.

-------------------------------------------------------X

**ORDER DENYING REQUEST FOR AN ORDER DEEMING PETITIONERS' NOTICE OF CLAIM AND REQUEST FOR LEAVE TO FILE LATE NOTICE OF CLAIM**

21 MC 100 (AKH)
07 Civ. 9791

ALVIN K. HELLERSTEIN, U.S.D.J.:

    In light of my November 2, 2007, Order, regarding the Appellate Division of the New York Supreme Court, First Judicial Department, stay of <u>Felder v. The City of New York</u>, Order and motion for reargument pending in that court, I deny Petitioners' Request for an Order Deeming Petitioners' Notice of Claim Timely Filed and Served, or in the Alternative, Granting Petitioners Leave To File a Late Notice of Claim Nunc Pro Tunc Against Respondent City of New York, without prejudice.

    SO ORDERED.

Dated:    November 21, 2007
                New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

1